**WILLIAM H. OLIVER, JR.**
Attorney at Law
2240 Highway 33, Suite 112
Neptune, NJ 07753
(732) 988-1500 - Fax (732) 775-7404

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Case No. 10-40596 |
| SHAWN R. DUNPHY | Chapter 13 Bankruptcy |
| Debtors. | Judge: Kathryn C. Ferguson |

### AMENDMENT TO SCHEDULE D, E or F
### or LIST OF CREDITORS

Please specify the List or Schedule(s) to be amended:

       Schedule D – Creditors holding secured claims
       Schedule E - Creditors holding unsecured priority claims
√    Schedule F - Creditors holding unsecured claims
√    List of Creditors (Matrix)

| **Creditor** | **Identifier No.** | **Amount** |
|---|---|---|
| Public Storage<br>935 Burnt Tavern Road<br>Brick, NJ 08724-2003 | Account No. 13025085 | $634.64 |
| Copy to:<br>Allied Interstate<br>3000 Corporate Exchange Dr.<br>5th Floor<br>Columbus, OH 43231 | Account No. A61660563/P52108076 | |

I hereby certify under penalty that the above information is correct.

Dated: February 21, 2011    /s/William H. Oliver, Jr.
                                     WILLIAM H. OLIVER, JR.
                                     Attorney for Debtor,
                                     Shawn R. Dunphy

**WILLIAM H. OLIVER, JR.**
Attorney at Law
2240 Highway 33, Suite 112
Neptune, NJ 07753
(732) 988-1500 - Fax (732) 775-7404

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: | Case No. 10-40596 |
| SHAWN R. DUNPHY | Chapter 13 Bankruptcy |
| Debtors. | Judge: Kathryn C. Ferguson |

MATRIX

Public Storage
935 Burnt Tavern Road
Brick, NJ 08724-2003

Alled Interstate
3000 Corporate Exchange Dr.
5th Floor
Columbus, OH 43231